IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARLES G. CHRENKO, ) | |
| # 242637, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:11cv978-MHT |
| ) | (WO) |
| GOVERNOR ROBERT BENTLEY, ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about inadequate medical care and overcrowding at Elmore Correctional Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of November, 2014.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE